**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**IN RE:**
**ALDRITZ CALAVERA**
**MARIA H. CALAVERA**

**CASE NO:  11-54470 C**

**Debtors**

**TRUSTEE'S OBJECTION TO CLAIM OF**
**CAPITAL ONE NA**

**AN ORDER WILL BE ENTERED GRANTING THE RELIEF REQUESTED**
**HEREIN WITHOUT FURTHER HEARING UNLESS A WRITTEN OBJECTION**
**AND REQUEST FOR HEARING IS FILED WITH THE CLERK WITHIN (30) THIRTY**
**DAYS OF THE DATE OF ISSUANCE OF THIS NOTICE.  ANY SUCH OBJECTION**
**MUST ALSO BE SERVED UPON THE MOVING PARTY AND UPON ALL OTHER**
**PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS**
**PLEADING.**

**Now comes,  Mary K. Viegelahn,** Chapter  13  Trustee,   herewith files the following
Objection to Claim of CAPITAL ONE NA filed April 19, 2012 in the amount of $712.44 and would show
the Court the following:

Creditor has filed a claim as secured by "HHG".  Although the creditor has provided evidence of a
PMSI, in the amount of $712.44, the debtors have identified this debt as a general unsecured debt in
their Plan and Schedule F.  The creditor has not objected to the treatment provided for in the Plan.
The claim shall be disallowed as secured and allowed as a general unsecured claim pursuant to the
Plan.

WHEREFORE,  PREMISES CONSIDERED, the Trustee requests the Court sustain the Objection
to Claim and grant any additional relief this Court may deem proper.

Date: <u>06/28/2012</u>

/s/
_____
**MARY K. VIEGELAHN**
**CHAPTER 13 TRUSTEE**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**


IN RE:                                    CHAPTER 13

**ALDRITZ CALAVERA**
**MARIA H. CALAVERA**


DEBTOR(S)                        CASE NO.:  **11-54470 C**

**CERTIFICATE OF SERVICE**
-------------------------------------------

I hereby certify that a true and  correct copy of the attached document was served  **June 28, 2012**
by First Class Mail, upon the following:

   Debtor(s):
ALDRITZ CALAVERA
MARIA H. CALAVERA
P O BOX 680631
SAN ANTONIO, TX  78268

UNITED STATES TRUSTEE                          UNITED STATES BANKRUPTCY COURT
P O BOX 1539                                   P O BOX 1439
SAN ANTONIO, TX. 78295-1539                    SAN ANTONIO, TX. 78295-1439

AND TO THE CREDITORS AND PARTIES IN INTEREST LISTED BELOW:

BASS & ASS0CIATES PC                           CAPITAL ONE NA
3936 E FT LOWELL ROAD SUITE 200                C/O BASS & ASSOC
ATTENTION: RITA TORRES,                        3936 E FT LOWELL RD #200
ADMINISTRATIVE ASSISTANT                       TUCSON, AZ  85712
TUCSON, AZ  85712

Attorney For Debtor(s)
JOHN L SANDERS SR
8026 VANTAGE DRIVE STE#127
SAN ANTONIO, TX  78230-4728


/S/
_____
Jena Fabbrini